UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60130-CIV-LENARD/TURNOFF

**INSURANCE COMPANY OF
NORTH AMERCA**,

        Plaintiff,

vs.

**FREDERIC G. LEVIN et al.**,

        Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 98) AND DENYING DEFENDANTS' MOTION TO TRANSFER VENUE (D.E. 4)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 12), issued on March 28, 2011. In his Report, Magistrate Judge Turnoff recommends that Defendants' Motion to Transfer Venue, filed on February 9, 2010, should be denied as Defendants have not met their burden to show that transfer to the Northern District of Florida is appropriate. (Report at 9.) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed.[1] Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

---

[1] In an abundance of caution, Plaintiff filed an Objection to the Report (D.E. 101) on April 14, 2011, taking issue with the Report's finding that the subject vessel was located in Pensacola from the date of its purchase in 1996 through 2004. The Court notes that subsequent discovery may disprove or confirm this finding.

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 12), issued on April 13, 2011, is **ADOPTED.**

2. Defendants' Motion to Transfer Venue (D.E. 4), filed on February 9, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2011.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**