UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60130-CIV-LENARD/TURNOFF

**INSURANCE COMPANY OF
NORTH AMERCA**,

        Plaintiff,

vs.

**FREDERIC G. LEVIN et al.**,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 113) AND DENYING PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIM, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (D.E. 76)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 113), issued on August 5, 2011. In his Report, Magistrate Judge Turnoff recommends that Plaintiff's Motion to Dismiss Answer to Amended Counterclaim, or in the Alternative, Motion for More Definite Statement should be denied as Defendants-Counterclaimants have sufficiently stated their claims. (Report at 9-10.) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed.[1] Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v.*

---

[1] In an abundance of caution, Plaintiff filed an Objection to the Report (D.E. 114) on August 22, 2011, taking issue with the Report's finding that the subject vessel was located in Pensacola from the date of its purchase in 1996 through 2004. The Court notes that subsequent discovery may disprove or confirm this finding.

*Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 113), issued on August 5, 2011, is **ADOPTED.**

2. Plaintiff's Motion to Dismiss Answer to Amended Counterclaim, or in the Alternative, Motion for More Definite Statement (D.E. 76), filed on September 7, 2010 is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd of August, 2011.

                                              **JOAN A. LENARD**
                                      **UNITED STATES DISTRICT JUDGE**